S. S. KRESGE CO. v. CHAMPION SPARK PLUG CO. (Circuit Court of Appeals, Sixth Circuit. February 6, 1923.) No. 3874. Appeal from the District Court of the United States for the Western Division of the Northern District of Ohio; Killits, Judge. Wilkinson, Huxley, Byron & Knight, of Chicago, Ill., for appellant. Wilbur & Owen, of Toledo, Ohio, for appellee.

PER CURIAM. Dismissed pursuant to motion of counsel.

———

SZUMRAK v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. April 5, 1923.) No. 3913. Appeal from the District Court of the United States for the Eastern District of Michigan; Tuttle, Judge. Louis Cohane, of Detroit, Mich., for appellant. Earl J. Davis, U. S. Atty., of Detroit, Mich.

PER CURIAM. Dismissed, pursuant to stipulation of counsel to docket and dismiss cause. For opinion below, see 278 Fed. 803.

———

TOLEDO FENCE & POST CO. v. LYONS. (Circuit Court of Appeals, Sixth Circuit. July 17, 1923.) No. 3904. Appeal from the District Court of the United States for the Western Division of the Northern District of Ohio; Killits, Judge. Charles A. Seiders, of Toledo, Ohio, for appellant. Smith, Beckwith, Ohlinger & Froehlich, of Toledo, Ohio, for appellee.

PER CURIAM. Order reversing and vacating the order of the District Court appointing a receiver. See, also, 290 Fed. 637.

———

WARD v. DAVIS, Agent. (Circuit Court of Appeals, Sixth Circuit. April 10, 1923.) No. 3815. In Error to the District Court of the United States for the Eastern District of Kentucky; Cochran, Judge. S. S. Willis, of Ashland, Ky., and Howes & Howes, of Paintsville, Ky., for plaintiff in error. Worthington, Browning & Reed, of Maysville, Ky., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

———

WHEELING STEEL & IRON CO. v. PITTSBURGH, C., C. & ST. L. R. CO. (Circuit Court of Appeals, Fourth Circuit. December 21, 1922.) No. 2080. In Error to the District Court of the United States for the Northern District of West Virginia, at Wheeling. Nelson C. Hubbard, of Wheeling, W. Va., for plaintiff in error. Frank W. Nesbitt, of Wheeling, W. Va., for defendant in error.

PER CURIAM. Cause docketed and dismissed, on motion of defendant in error, under rule 16 (233 Fed. x, 146 C. C. A. x).

———

WILLIAMS et al. v. UNION GAS & OIL CO. et al. (Circuit Court of Appeals, Sixth Circuit. February 16, 1923.) No. 3673. Appeal from the District Court of the United States for the Eastern District of Kentucky; Cochran, Judge. Simeon S. Willis, of Ashland, Ky., and Cain & Thompson, of Louisa, Ky., for appellants. Otto C. Gartin, of Ashland, Ky., and Holt, Duncan & Holt, of Huntington, W. Va., for appellees.

PER CURIAM. Order reversing cause and remanding record to the District Court for further proceedings, on authority of the opinion of this court reported in 281 Fed. at pages 674 and following.